443 A.2d 386

Commonwealth v. Wagner, Appellant.

Submitted June 23, 1981.   Steven V. Manbeck, Public Defender, for appellant;   Michael Johnston, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, BECK and JOHNSON, JJ.

The judgment of sentence is affirmed.

443 A.2d 386

Commonwealth v. Walker, Appellant.

Petition for Allowance of Appeal Denied July 9, 1982.

Argued March 25, 1981.   James H. Rowland, Jr., for appellant; Rolf W. Bienk, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.